**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2165**

_____

AMY H. TANG,

        Plaintiff - Appellant,

    v.

EASTERN VIRGINIA MEDICAL SCHOOL,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Roderick Charles Young, District Judge.  (2:20-cv-00575-RCY-DEM)

_____

Submitted:  May 27, 2025                              Decided:  June 26, 2025

_____

Before WYNN, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Ayesha N. Khan, Elissa Brockbank Reese, POTOMAC LAW GROUP, PLLC, Washington, D.C., for Appellant.  David C. Burton, Yiorgos L. Koliopoulos, WILLIAMS MULLEN, Virginia Beach, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amy H. Tang appeals the district court's order awarding summary judgment to Eastern Virginia Medical School on Tang's claims under the Defend Trade Secrets Act, 18 U.S.C. §§ 1831 to 1839, and the Virginia Uniform Trade Secrets Act, Va. Code Ann. §§ 59.1-336 to 59.1-343 (2020).[*]  Having thoroughly reviewed the record and the parties' submissions on appeal, we discern no reversible error.  Accordingly, we grant the parties' joint motion to submit this case on the briefs and affirm the district court's order.  *Tang v. E. Va. Med. Sch.*, No. 2:20-cv-00575-RCY-DEM (E.D. Va. Mar. 30, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although Tang alleged additional claims in her amended complaint, she does not challenge the district court's resolution of those claims on appeal.